### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WEEMS & PLATH, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**SIRIUS SIGNAL, LLC, et al.**<br><br>Defendants. | **CIVIL ACTION**<br><br>NO. 2:20-cv-01940-JP |

### ORDER

**AND NOW**, this 11th day of August, 2020, upon consideration of Plaintiff, Weems & Plath, LLC's Uncontested Motion to Transfer Venue to the U.S. District Court for the District of Maryland (Northern District), where it can be consolidated with the pending related action, and any response thereto, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that said Motion, be and hereby is **GRANTED**.

BY THE COURT:

_____/s/ John R. Padova_____
John R. Padova   J.